**Order entered August 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00206-CV

**DONAL R. SCHMIDT, JR, ET AL., Appellants**

**V.**

**COLIN RICHARDSON, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06318**

## ORDER

We **GRANT** the motion of G. Kevin Buchanan and Melissa Bellan with the law firm of Buchanan & Bellan, LLP to withdraw as counsel for appellee Steven R. Henson, M.D. We **DIRECT** the Clerk of this Court to remove of G. Kevin Buchanan and Melissa Bellan with the law firm of Buchanan & Bellan, LLP as counsel of record for appellee Steven R. Henson, M.D. All further correspondence regarding this appeal shall be sent to Steven R. Henson, M.D. at 7002 W. Clearmeadow Circle, Wichita, Kansas 67205.

/s/      DAVID L. BRIDGES
         JUSTICE